# Pellettieri Rabstein and Altman
## COUNSELLORS AT LAW

John A. Hartmann, III
Andrew M. Rockman
Bruce P. Miller
Edward Slaughter, Jr.
Neal S. Solomon
Gary E. Adams
E. Elizabeth Sweetser
Thomas R. Smith
Martin S. Pappaterra
Thomas G. McMahon
Jed S. Kadish
Lydia Fabbro Keephart
Stan R. Gregory
Steven H. Morland, Jr.
Robert J. Adinolfi
Jeffrey S. Monaghan
Andrew L. Watson
Frank M. Crivelli
Peter C. Gordon

100 Nassau Park Boulevard
Suite III
Princeton, New Jersey 08543-5301
(609) 520-0900 • Fax (609) 452-8796
Email: pra@pralaw.com
www.pralaw.com



Nicole J. Huckerby
Elyse C. Herman
Kristen J. Vidas
Sherri L. Warfel
Kendall W. Medway
Kimberly A. Engan
Jennifer R. Rubin
Donald C. Barbati
Robyn N. Howlett
Robert J. Janzekovich

Counsel

Ira C. Miller
Anne P. McHugh
Arthur Penn
W. Barry Rank
Aleida Rivera
Annamaria Arpala

Richard Altman (Retired)
George Pellettieri (1929-1980)
Ruth Rabstein (1934-2005)
George L. Pellettieri (1961-1973)
Mel Narol (1989-2002)

May 20, 2011

Lois H. Goodman
United States District Court
M.L. King J. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      RE:    Roberts v. Marriott Hotel Services, Inc.
                  Civil Action No.: 3:11-cv-00379 (MLC)

Dear Judge Goodman:

      Enclosed please find a Second Amended Complaint for filing with the Court with regard to the above-referenced matter.

      Please charge our Superior Court account - #79700 with any filing fees.

      Thank you for your attention to this matter.

                              Very truly yours,
                              PELLETTIERI, RABSTEIN AND ALTMAN

                              EDWARD SLAUGHTER, JR., ESQUIRE

ES/av
Enclosure
cc: Rudolph Socey, Esquire